IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.    Civil No. 06-5183

$9,447.00 IN UNITED STATES CURRENCY,
    Defendant.

## DECREE OF FORFEITURE

On September 28, 2006, a Verified Complaint of Forfeiture against the defendant currency was filed on behalf of the plaintiff, United States of America. The complaint alleges that the currency was used or intended to be used in exchange for controlled substances in violation of 21 U.S.C. §§ 801 et seq and is thereby forfeitable pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a Warrant for Arrest issued by the Court, the United States Marshal for this district seized said currency on October 4, 2006.

On October 25, 2006, Pilar German Villalobos received personal service by the United States Marshal. No claim or answer has been filed on his behalf, and is hereby in default.

On October 19, 26, and November 2, 2006, notice of this action was published in the Arkansas Democrat-Gazette newspaper. No other claims have been filed.

The property is more particularly described as $9,447.00 in United States currency.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) That the defendant currency described herein is hereby forfeited to the United States of America to be disposed of according to law.

(2) That pursuant to 28 U.S.C. § 2465, reasonable cause existed for the seizure of the defendant currency.

IT IS SO ORDERED this 20th day of December, 2006.

/s/ Jimm Larry Hendren
HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE