IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

      v.                Civil No. 06-5183

$9,447.00 IN UNITED STATES CURRENCY                             DEFENDANT

O R D E R

Now on this 29th day of June, 2007, comes on for consideration a letter from Pilar German-Villalobos (document #18), wherein he requests copies of certain documents filed in this case, to-wit documents 1, 3, 6, 8, and 9.  This request is **granted**, and the Clerk of Court is directed to forward to Mr. German-Villalobos copies of those documents.

**IT IS SO ORDERED.**

                           /s/ Jimm Larry Hendren
                           JIMM LARRY HENDREN
                           UNITED STATES DISTRICT JUDGE