U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 27 2008

CHRIS R. JOHNSON, CLERK
BY
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                          Civil No. 06-5183

$9,447.00 IN UNITED STATES CURRENCY,
    Defendant.

## CONSENT DECREE OF FORFEITURE

On September 28, 2006, a Verified Complaint of Forfeiture against the defendant currency was filed on behalf of the plaintiff, United States of America. The complaint alleges the defendant currency was used or intended to be used in exchange for controlled substances, or represents proceeds of trafficking in controlled substances; or was used to facilitate a drug trafficking offense, and is thereby forfeitable pursuant to 21 U.S.C. § 881 (a)(6).

Pursuant to a warrant for arrest issued by the Court, the United States Marshal for this district seized said currency.

Pilar German Villalobos received personal service by the United States Marshal on October 25, 2006. Pilar German Villalobos failed to file a Verified Statement of Interest and an answer as required by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

On October 19, 26, and November 2, 2006, notice of this action was published in the Arkansas Democrat-Gazette, a newspaper having a general circulation in the county in which the currency was seized. No claims had been filed at this time.

On December 11, 2006, the Court entered a default against the defendant and a Decree of Forfeiture was entered by the Court on December 20, 2006.

On January 11, 2007, a Motion for Reconsideration was filed with the Court in which Pilar German Villalobos asked the Court to reconsider the forfeiture of $9,447.00, which he alleged to be his "life savings."

On January 11, 2007, the Court granted the Motion for Reconsideration and ordered that Villalobos be allowed (30) days from the date of the Order to file a Verified Statement of Interest, and twenty (20) days after that date to file an Answer to the Verified Complaint of Forfeiture.

On January 23, 2007, Pilar German Villalobos filed a Verified Statement of Interest, but failed to file an Answer to the Verified Complaint of Forfeiture.

On May 4, 2007, Pilar German Villalobos filed a Motion for Leave to File Answer Out of Time. On May 7, 2007, the Court granted the Motion for Leave to File Answer Out of Time.

On May 30, 2007, Pilar German Villalobos filed an Answer to the Verified Complaint of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

(1) Pursuant to the agreement of the parties, $7,447.00 of the defendant United States currency is hereby forfeited to the United States of America to be disposed of according to law after deducting its costs of this action.

(2) The balance of the currency, that being $2,000.00, is to be returned to Claimant, Pilar German Villalobos.

(3) The parties are to bear their own costs.

IT IS SO ORDERED this 27th day of March, 2008

*[signature]*

HONORABLE JIMM LARRY HENDREN
CHIEF U.S. DISTRICT JUDGE

APPROVED:

*[signature]*

David R. Ferguson, Assistant United States
Attorney for Plaintiff, United States of America

*[signature: Pilar German V]*
Pilar German Villalobos, Claimant

    I accept your offer about to get the reinbursment of $2,000.00 payable to me, but, I would want to wait for further communication for me, due to the fact I am going to be transfer to the custody of ICE on the next December 24th.

    I will appreciate if you can forward all fature correspondence to ICE custody as soon I let you know.

    I want to tell you thank you for your valious time and assistance in this matter.

RESPECTFULLY

*[signature: Pilar German V]*
Pilar German-Villalobos

3